437 A.2d 1021

Commonwealth ex rel., Crawford v. Holt, Appellant.

Argued March 3, 1981. Seymore H. Johnson, Jr., for appellant; Sarah B. Van den Braak, Assistant District Attorney, for appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

The order of the lower court is affirmed.